IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WAL-MART STORES, INC.                                PLAINTIFF

v.                            Case No. 06-58

KRISTY SCHWARM                                       DEFENDANT

ORDER

Now on this 16TH day of January, 2007, there comes on for consideration the parties stipulation for an extension of time for the respondent to file an opposition to the motion to quash and for protective order. The Court, being well and sufficiently advised in the premises, finds that the motion should be and is hereby granted.

WHEREFORE, the respondent is hereby granted an extension, until the close of business on JANUARY 22, 2007, in which to file an opposition to the motion to quash and for protective order.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge