IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WAL-MART STORES, INC.                                                MOVANT

v.         CASE NO. 5:06-MC-58

KRISTY SCHWARM                                                    RESPONDENT

## O R D E R

Currently before the Court is Movant's Motion to Withdraw Motion to Quash Subpoena and for Protective Order and to Dismiss Proceeding (doc. 10). Movant advises the Court that it has reached an agreement with Respondent in this matter and that Respondent is withdrawing the subpoena. Accordingly, Movant's Motion (doc. 10) is GRANTED and the Motion to Quash (doc. 1) is DENIED AS MOOT.

IT IS SO ORDERED this 7th day of February 2007.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**